**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **FRANK CESPEDES BASULTO** | **CIVIL ACTION NO. 26-3030** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE JAMES D. CAIN, JR.** |
| **MARKWAYNE MULLIN, ET AL.** | **MAG. JUDGE CAROL B. WHITEHURST** |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Frank Cespedes Basulto's petition be **DENIED AND DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in chambers on this18th day of November, 2026.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE